UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Cathy Ann Bencivengo)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. :22-cr-01903-CAB |
| Plaintiff, | |
| v. | ORDER DIRECTING RETURN OF PASSPORT |
| KARISSA BRIANA ANGUIANO (2), | |
| Defendant. | |

IT IS HEREBY ORDERED Pretrial Services shall return the Defendant's passport to either Karissa Briana Anguiano or to her counsel, Keith H. Rutman.

IT IS SO ORDERED.

Dated:   3/27/2023

_____
HON. CATHY ANN BENCIVENGO
U.S. District Court Judge